IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 3 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. **05 - CV - 02228-0ES**
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ANTONIO MERCADO,

    Applicant/Plaintiff,

v.

[NO NAMED PARTY],

    Respondent/Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING MR. MERCADO TO CURE DEFICIENCY

---

Mr. Mercado has submitted a document to the Court titled "Legal Lawsuit." (Letter at 1.) Although it appears that Mr. Mercado is attempting to challenge his current incarceration due to an illegal re-entry, which is properly presented in a 28 U.S.C. § 2241 action, he has failed to identify the type of action he intends to file and either to pay a filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The Court has determined that the document is deficient as described in this Order.

Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action. Mr. Mercado will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Mercado files in response to the Order must include the civil action number on the Order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) _X_ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other <u>motion is necessary only if filing fee is not paid in advance</u>.

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Mr. Mercado cure the deficiencies designated above **within thirty (30) days from the date of this Order.** Any papers which Mr. Mercado files in response to the Order must include the civil action number on the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Mercado, together with a copy of this Order, both a **prisoner complaint packet** and a **habeas corpus packet used in filing 28 U.S.C. § 2241 actions**, so that he may determine the type of

action he is intending to file and so that he may present his claims on a proper Court-approved form. It is

FURTHER ORDERED that, if Mr. Mercado fails to cure the designated deficiencies **within thirty (30) days from the date of this Order**, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 3 day of November, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-CV-02228-OES

Antonio Mercado
Reg. No. 27017-179
USMCFP – Springfield
PO Box 4000
Springfield, MO 65801-4000

I hereby certify that I have mailed a copy of the **ORDER and Prisoner Packet and a Habeas Corpus §2241 Packet** to the above-named individuals on 11-3-05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk