IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02228-BNB

ANTONIO MERCADO,

    Plaintiff,

v.

U.S. PRESIDENT, MR. GEORGE W. BUSH,
ATT. GENERAL ALBERTO GONZALEZ, U.S. Justice Dept.,
DISTRICT FEDERAL JUDGE HILDA G. TAGLE (BR. TX),
PROSECUTOR DANIEL M. MARPOSON (BR. TX),
PUBLIC DEFENDER JEFFREY L. WILD (BR. TX),
INS, and
THE GRAND JURY (BR. TX),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 1 2006

GREGORY C. LANGHAM
CLERK

## ORDER

On January 31, 2006, the Court granted Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915. Plaintiff was directed either to pay an initial partial filing fee of $4.00 or to show cause why he has no assets or no means to pay the initial partial fee by **filing a current certified copy of his trust fund account statement.** On February 21, Plaintiff filed a Letter as opposed to paying the fee or submitting a current copy of his trust fund account statement.

In the Letter, Plaintiff asserts that his monthly income is $9.60 and that in accordance with the Court's January 31 Order he is required to make a monthly payment equal to twenty percent of his monthly income, which he figures is $1.92. Plaintiff also states that he has requested that the $1.92 be withdrawn from his account

for payment to the Court.  Mr. Mercado further states that the balance in his trust fund account was $1.14 at the time he received the Court's January 31 Order.  He, however, failed to submit a **certified** copy of his trust fund account statement, as he was instructed to do in the January 31 Order if he did not have enough funds in his account to pay the $4.00.  Plaintiff, therefore, has failed to comply with the Court's January 31 Order.  Accordingly, it is

ORDERED that Plaintiff shall file a **certified copy** of his inmate trust fund account statement.  **The certified copy shall reflect the balance of Plaintiff's account on the date he received the Court's January 31, 2006, Order.**  It is

FURTHER ORDERED that Plaintiff shall have thirty days from the date of the instant Order to file a **certified copy** of his trust fund account statement.  If he fails to file the **certified copy** within thirty days the Complaint and action will be dismissed without further notice.

DATED March 1, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02228-BNB

Antonio Mercado
Reg. No. 27017-179
USMCFP – Springfield
PO Box 4000
Springfield, MO 65801-4000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/1/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk